Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-0118 MJP |
| Plaintiff, | |
| v. | STIPULATED MOTION TO CONTINUE MOTIONS DEADLINE |
| DAI TRONG TRAN, et al., | |
| Defendant. | |

United States of America, through Lisca Borichewski, Assistant United States Attorney ("Plaintiff") and defendant, Dai Trong Tran, stipulate, upon request of Defendant Tran, to continue the pretrial motions deadline in this matter, currently set for April 26, 2007, to May 17, 2007.

In support of this request for continuance the parties respectfully request that the Court consider the following:

1. This matter has not been continued.

2. This is a multi-defendant case alleging conspiracies to import and distribute marijuana and to engage in money laundering.

STIPULATED MOTION

JEFFREY STEINBORN, PLLC
1800 SEATTLE TOWER
1218 THIRD AVENUE
SEATTLE, WASHINGTON 98101
(206) 622-5117 • FAX: (206) 622-3848

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

3. Counsel for defendant Tran was just retained in this matter and has not had an opportunity to review any of the discovery.

4. This Motion is not made for the purpose of delay, or for any other improper motive, but is instead made based upon a good faith belief by defense counsel that such a continuance is necessary so that counsel can prepare this case.

WHEREFORE, and by reason of the above and foregoing, counsel respectfully moves this Court for its order, judgment and decree continuing the Motion filing deadlines in this case until May 17, 2007.

Dated this 26th day of April, 2007.

Respectfully submitted,

Dai Trong Tran represented by;
JEFFREY STEINBORN, PLLC
s/ Jeffrey Steinborn, PLLC
WSBA # 1938
1218 Third Avenue, Suite 1800
Seattle, Washington 98101
206-622-5117 fax 206-622-3848
js@surlaw.com

UNITED STATES ATTORNEY'S OFFICE
s/ Lisca Borichewski
700 Stewart Street
Seattle, Washington 98101
206-553-7970 Fax 206-553-4440
Lisca.Borichewski@usdoj.gov

STIPULATED MOTION

JEFFREY STEINBORN, PLLC
1800 SEATTLE TOWER
1218 THIRD AVENUE
SEATTLE, WASHINGTON 98101
(206) 622-5117 • FAX: (206) 622-3848

**ORDER**

This matter comes before the Court on a stipulated motion by the parties to continue the pretrial motions due date and the trial date, and the Court having considered the entirety of the record and files herein, the Court finds as follows:

1. This case is both unusual and complex. Failure to grant the requested continuances would likely result in a miscarriage of justice.

2. The Court finds that it is unreasonable for defense counsel to complete review of the discovery and to adequately prepare any pretrial motions by the original cut-off date.

3. The Court further finds that the interests of the public and the defendant in a speedy trial in this case are outweighed by the ends of justice. Now, therefore,

IT IS HERBY ORDERED that the pretrial motions due date be continued from April 26, 2007 to _____, 2007.

Done this _____ day of April, 2007.

_____
HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jeffrey Steinborn, PLLC
Counsel for Dai Trong Tran
1218 Third Avenue, Suite 1800
Seattle, Washington  98101
206-622-5117 fax: 622-3848
js@surlaw.com

STIPULATED MOTION

JEFFREY STEINBORN, PLLC
1800 SEATTLE TOWER
1218 THIRD AVENUE
SEATTLE, WASHINGTON  98101
(206) 622-5117 • FAX: (206) 622-3848

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2007, I electronically filed the foregoing Stipulated Motion with the clerk of the court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served any other parties of record that are non CM/ECF participants via Tele-fax/US postal mail.

Dated this 26th day of April, 2007.

s/
Tracee Tomich, Legal Assistant
JEFFREY STEINBORN, PLLC
Counsel for the Defense
1800 Seattle Tower
1218 Third Avenue
Seattle, Washington 98101
Phone: 206-622-5117
Fax: 206-622-3848
Email: tt@surlaw.com

STIPULATED MOTION

JEFFREY STEINBORN, PLLC
1800 SEATTLE TOWER
1218 THIRD AVENUE
SEATTLE, WASHINGTON 98101
(206) 622-5117 • FAX: (206) 622-3848